UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARILYN M. SMITH, WILLIAM VON SMITH, and MICHAEL LEE SMITH,<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>DEPARTMENT OF WELFARE CHILD SUPPORT ENFORCEMENT, *et al.*,<br>　　　　Defendants | :<br>:<br>:<br>:<br>: CASE NO. 1:15-CV-2068<br>:<br>:<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 8th day of February, 2017, in accord with the accompanying Memorandum, it is ORDERED that:

(1) The Clerk of Court is directed to CONSOLIDATE Plaintiffs' civil case docketed as number 1:16-CV-02236 into the civil case docketed as number 1:15-CV-02068. The case number for the consolidated action will be 1:15-CV-02068.

(2) The Clerk of Court is directed to close the case docketed as number 1:16-CV-02236.

(3) Plaintiffs' second amended complaint (Doc. 23) in this action is DISMISSED WITH PREJUDICE.

(4) The Clerk of Court shall CLOSE this case.

　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　United States District Judge